**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ELIZABETH COWAN WRIGHT |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:          21-cr-108 PAM/TNL |
| | ) | Date:               May 7, 2021 |
| Tou Thao (2), | ) | Video Conference |
| | ) | Court Reporter:      Lori Simpson |
| Defendant, | ) | Time Commenced:   8:06 a.m. |
| | | Time Concluded:    8:13 a.m. |
| | | Time in Court:      7 minutes |

APPEARANCES:

Plaintiff: W. Anders Folk, Acting U.S. Attorney; Samantha Trepel, Assistant U.S. Attorney
Defendant: Robert Paule, Esq.
                    X Retained

Date Charges Filed: 5/6/2021                    Offense: deprivation of rights under color of law

X Advised of Rights

on     X Indictment

**Appearance Bond set in the amount of $25,000 rpr with conditions, see Order Setting Conditions of Release.**

X Government moves to unseal the entire case 21-cr-108 PAM/TNL and 21-cr-109 WMW/HB.     X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record
X Defendant consents to this hearing via video conference

                                                                        s/SAE
                                                                Signature of Courtroom Deputy