UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-109(1) WMW/HB

United States of America,

              Plaintiff,

v.                                                                                    **ORDER FOR APPOINTMENT**
                                                                              **OF COUNSEL**

Derek Michael Chauvin,

              Defendant.

The Court has determined that based upon the information received, the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Eric J. Nelson, Attorney ID 308808, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: _June 1, 2021_                                                  _____
                                                                                       Honorable Becky R. Thorson
                                                                                       United States Magistrate Judge