AO 442 (Rev. 11/11) Arrest Warrant

F#11274272

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED
JUN 0 4 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

United States of America
v.
Derek Michael Chauvin (1)

~~SEALED~~

Case No. CR 21-109 WMW/HB

RECEIVED
By U.S. Marshal, St. Paul, MN at 2:14 pm, May 06, 2021

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Derek Michael Chauvin                              ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment          Superseding Indictment          Information          Superseding Information          Complaint

Probation Violation Petition          Supervised Release Violation Petition          Violation Notice          Order of the Court

Pretrial Release Violation Petition

This offense is briefly described as follows:

Counts 1 and 2 - Deprivation of Rights Under Color of Law, 18:242.

Date: 05/06/2021

*M. Fogarty*
*Issuing officer's signature*

Kate M. Fogarty, Clerk of Court
*Printed name and title*

City and state:   Minneapolis, MN

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

ARRESTED ON 6/1/2021
ARRESTED BY FBI-WHCAP
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ✗

*Arresting officer's signature*

*Printed name and title*

SCANNED CK
JUN 07 2021
U.S. DISTRICT COURT ST. PAUL