UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 21-cr-109(1) (WMW/HB)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>DEREK MICHAEL CHAUVIN, )<br> )<br>Defendant. )<br> )<br> ) | **DEFENDANT'S PRETRIAL MOTION FOR DISCOVERY AND INSPECTION OF EXPERT WITNESS TESTIMONY** |

Derek Michael Chauvin, through his undersigned attorney, Eric J. Nelson, Halberg Criminal Defense, moves the Court for an Order requiring the Government to disclose a written summary of testimony of any expert witness the Government intends to use under Rules 702, 703 or 705 of the Federal Rules of Evidence during its case in chief at trial. Such a summary shall also describe each expert witnesses' qualifications.

This motion is based upon the files and records in this case, the Indictment, the Federal Statutes, the Federal Rules of Criminal Procedure, the United States and Minnesota Constitutions and upon such other and further points and authorities as may subsequently be presented to the Court.

                                                    Respectfully submitted,

                                                    **HALBERG CRIMINAL DEFENSE**

Dated:   August 11, 2021                      /s/ Eric J. Nelson
                                                    Eric J. Nelson
                                                    Attorney No. 308808
                                                    Attorney for Defendant
                                                    7900 Xerxes Avenue South, Suite 1700
                                                    Bloomington, MN 55431
                                                    Phone: (612) 333-3673