UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-cr-109 (WMW/HB)

UNITED STATES OF AMERICA,

      Plaintiff,

v.                         **NOTICE**

DEREK MICHAEL CHAUVIN,

      Defendant.

Please remove the following former Acting United States Attorney to the above-captioned case:

    <u>Remove AUSA</u>:  W. Anders Folk

Dated: December 6, 2021                 Respectfully submitted,

| CHARLES J. KOVATS, JR. | KRISTEN CLARKE |
| --- | --- |
| Acting United States Attorney | Assistant Attorney General |
|  | Civil Rights Division |
| */s/ LeeAnn K. Bell* | */s/ Samantha Trepel* |
| BY:  LeeAnn K. Bell | BY:  SAMANTHA TREPEL |
| Assistant United States Attorney | Special Litigation Counsel |
| Attorney ID No. 0318334 | Attorney ID No. 992377 DC |