UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 21-cr-109(1) (WMW/HB)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DEREK MICHAEL CHAUVIN, )<br>)<br>Defendant. )<br>)<br>) | **Consent to Exclude Time From Speedy Trial Act** |

The Defendant, Derek Michael Chauvin, having an opportunity to consult with Counsel and having plead guilty to an information contained in District Court File Number 21-CR-108 that set forth the same or similar allegations as were alleged in the indictment in District Court File Number 21-CR-109, and in anticipation of the Government's motion to dismiss District Court File Number 21-CR-109 at the time of sentencing in File 21-CR-108, hereby acknowledges and knowingly and voluntarily consents to the exclusion of any time between January 1, 2022 through May 1, 2022 from the time calculation of the Speedy Trial Act.

_____
Derek Michael Chauvin

3 JAN 2022
Date