UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 21-cr-0109 (WMW/HB) |
| Plaintiff, | |
| v. | **ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| Derek Michael Chauvin, | |
| Defendant. | |

This matter is before the Court upon the motion to exclude time under the Speedy Trial Act computations in this case. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the defendant's Consent to Exclude Time from Speedy Trial Act.

**IT IS ORDERED** that, the period from **January 1, 2022 through May 1, 2022**, shall be excluded from the Speedy Trial Act computations in this case.

Dated: January 7, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge