UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-cr-109 (WMW/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEREK MICHAEL CHAUVIN,<br><br>　　　　Defendant. | **UNOPPOSED MOTION TO DISMISS** |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and LeeAnn K. Bell, Assistant United States Attorney, and Samantha Trepel, Special Litigation Counsel for the Civil Rights Division, hereby moves the Court for an order dismissing the Indictment in the above-captioned case, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The defendant does not oppose this motion.

Dated: July 8, 2022　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| ANDREW M. LUGER<br>United States Attorney<br><br>*/s/ LeeAnn K. Bell*<br>BY:  LEEANN K. BELL<br>Assistant U.S. Attorney<br>Attorney ID No. 318334 | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division<br><br>*/s/ Samantha Trepel*<br>BY:  SAMANTHA TREPEL<br>Special Litigation Counsel<br>Attorney ID No. 992377 DC |