UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 21-cr-0109 (WMW/ECW) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Derek Michael Chauvin, | |
| Defendant. | |

Before the Court is Plaintiff United States of America's unopposed motion for an order dismissing the indictment against Defendant Derek Michael Chauvin in this matter. (Dkt. 51.) Pursuant to Rule 48(a), Fed. R. Crim. P., the United States's motion for dismissal is **GRANTED** and the indictment against Defendant Derek Michael Chauvin, (Dkt. 1), is **DISMISSED**.

Dated: July 8, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge